UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE PATTERSON**

------------------------------------------------x

UNITED STATES OF AMERICA

    - v. -

BENNY DIMARCO,
    a/k/a "Vincent M. DiMarco,"

              Defendant.

------------------------------------------------x

INDICTMENT

12 Cr.

**12 CRIM 205**

## COUNT ONE

The Grand Jury charges:

1. On or about February 2, 2012, in the Southern District of New York, BENNY DIMARCO, a/k/a "Vincent DiMarco," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm, to wit, an RPB Industries M11-A1 .380 caliber firearm, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 07 2012

## COUNT TWO

The Grand Jury further charges:

2.   On or about February 2, 2012, in the Southern District of New York, BENNY DIMARCO, a/k/a "Vincent DiMarco," the defendant, knowingly did transport, ship, and receive, in interstate and foreign commerce, a firearm which had had the importer's and manufacturer's serial number removed, obliterated, and altered and did possess and receive a firearm which had had the importer's and manufacturer's serial number removed, obliterated, and altered, and had previously been shipped and transported in interstate commerce, to wit, an RPB Industries M11-A1 .380 caliber firearm, which previously had been shipped and transported in interstate and foreign commerce, and which had its serial number defaced.

(Title 18, United States Code, Section 922(k).)

## COUNT THREE

The Grand Jury further charges:

3.   On or about February 2, 2012, in the Southern District of New York, BENNY DIMARCO, a/k/a "Vincent DiMarco," the defendant, knowingly did receive and possess a firearm which was not registered to him in the National Firearms Registration and

Transfer Record, to wit, a silencer attached to an RPB Industries M11-A1 .380 caliber firearm.

(Title 26, United States Code, Sections 5845(a), 5861(d).)

_____ 3/7/12
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

BENNY DIMARCO,
a/k/a "Vincent DiMarco,"

Defendant.

---

INDICTMENT

12 Cr.

(18 U.S.C. §§ 922(g) and (k); 26 U.S.C. § 5861(d))

_____
PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

March 7, 2012

Indictment filed. Case assigned to Judge Patterson for all purposes... Filed useful.

MB