EXHIBIT A

Nancy DiMarco
1928 Hutchinson River Parkway
Bronx NY 10461

April 19, 2013

Honorable Robert P. Patterson
United States District Judge
Southern District of New York

Your Honor,

I am writing this letter on behalf of my brother Benny DiMarco.  My name is Nancy DiMarco.  I am a single mother of two girls.  My oldest daughter is about to start Law School in the fall of this year and my youngest is a junior at Pace University.  I myself was self-employed in a family operated construction company up until 5 years ago.  Due to the economy and lack of work the company was forced to close.  At that time Benny was working with me and our other brother Anthony.  At that point all three of us had become unemployed.  I had owned that business for over 18 years so it was a big emotional hit for me at the time.  My brother had moved in with me six months later.  Trying to find employment was nearly impossible for the both of us with the economy the way it was.   We were living off of whatever savings we had left.  It wasn't long before I started getting depressed.  Thank God Benny was living with me at this time.  He took care of the house for me.  Forcing me to get up and push forward even though his life had been spiraling downhill.  From when I was a little girl Benny always was my protector.  Benny is the oldest of the four of us.  I was the only girl.  From as long back as I could remember he always took care of me and gave me great words of wisdom to keep me positive about life.  We did not have it easy growing up.  My dad left my mom for another woman when I was five benny was eleven then.  I had two other brothers Vincent who is now deceased was 9 and Benny was eleven Anthony was five.  We watched our father raise and support another family while our Mom had to go out to work.  So Benny assumed the role of man of the house.  There were times when we lived without heat and hot water.  At a young age Benny went to work as a dishwasher just to help mom.  He babysat for me and my brothers while Mom worked.  When I would cry for my father he would comfort me.  Eventually as we got older he was the father.  I know he was the one putting the Christmas gifts under the tree at Christmas time.  I remember a puppy he had given to me after our other dog had died of old age.  After six months the dog had a tumor I was heartbroken.  Benny spent all his savings at that time to save the dog for me.  I will never forget how hard he worked for us.  He made sure I stayed in school when everyone else around me was dropping out.  I watched him protect an innocent kid from racist thugs.  He had picked me up from school and we were driving home and he seen three boys beating on a kid.  He stopped the truck and jumped out to stop the three boys from beating on a young boy because of his race.  He himself could have gotten hurt but he did not care.  In 1981 my brother Vincent committed suicide after shooting my brother Benny.  Benny was 24 at the time just married with a child on the way.  He never talked much about that night but I know he had the same hole in his heart that I did.  He never went for the counseling and I can't even imagine what he feels inside.  We are a very close family and the circumstances building up to Vincent's suicide are still a mystery.  He suffered from low self-esteem was but the brothers were close.  If he was born in twenty years later he probably would have been diagnosed bipolar.  After that Benny's marriage to his childhood sweetheart fell apart within two years.  He remarried and had five more children.  His wife then decided she didn't want to be married anymore

so Benny was left with 5 children ages 1 thru 6 to raise. He refused to fail these kids. He already had one failed marriage and was unable to raise his first born. With the help of my mom and me he managed. It wasn't easy but he loved those kids and tried his hardest. Unfortunately after 4 years their mother decided she wanted them back and she got them. Leaving Benny sick to his stomach. He didn't have the money to fight her in court. It was hard enough holding a job being the single father of five young kids. She moved them back to Florida so Benny had to start all over in Florida again. He didn't want to abandon these kids it was hard enough not seeing his oldest child. This meant new job new apartment everything he didn't have the money to do this but he did. He wasn't letting those kids think he gave them up. Through the years tried his hardest. Your honor my mom is 76 years old. She asks me about Benny every day and blames herself for him being where he is. She feels had she not thrown my dad out for cheating her sons would have had a different path in life. Life has been emotionally and financially hard on us through the years but we always protected and looked out for each other. Benny was and has always proved to me that life will get better. He taught me to believe in myself and there was no such word as I can't. I have a very strong relationship with each and every one of Benny's children. It is so hard watching their pain as well as seeing my mother empty inside. We all understand that there are consequences to your actions. I just wanted to tell you about my brother. He held the family together for us as a young boy. He loves his family and has really been on an emotional roller coaster all his life. I hear it in his voice when he calls. It is hard hearing a grown man's voice crack when he asks about my mother. His biggest fear is something happening to her while he is away. I am asking you to take all of these facts into consideration when you make a decision at sentencing. I know this family is suffering every day without him around.


Thank you for taking the time to read this letter


Sincerely

Nancy DiMarco