# EXHIBIT B

Tonya DiMarco
95 Loomis Avenue
Yonkers, NY 10704

Honorable Robert P. Patterson
United States District Judge
Southern District of New York

April 23, 2013

Dear Honorable Patterson,

      I am writing to you on behalf of my father Benny Dimarco.   Who in my eyes and everybody else's was a man whom took care, and loved his family. From a young age I knew he had the responsibility of taking care of his brothers and sister and life was not easy for him. I was told that was part of the reason his marriage to my mom fell apart.  He took the place of his father at the age 11.  I loved my father so much when I was a little girl, he always was so loving and caring and I just loved spending time with him. Every night my father would make me say my prayers and till this day when I say my prayers at night I think of him.  I remember as a little girl he would take me on Sundays to pick up his grandmother for church.  I for a long time didn't see my father for years and it wasn't until a few months ago that I decided I really wanted him back in my life, I am raising my six year old son Dante by myself and I just felt it was time for me to make peace with the man who had given me so many morals and so much faith in God. I want my child to know the man who is fair kind and loving. Circumstances whatever they might have been might have caused us all to be in this horrible situation. I see the pain in my grandmother's face. The emptiness my family feels. My brothers and sisters are so lost without him around. I just want you to know He truly does have a heart of gold and never had it easy when he was growing up. I miss him so much and I need him back in my life he was the loving one who always made me smile when growing up. When he calls it breaks my heart because I feel waited all these years to talk to him and now he is in there. It breaks my heart that I have all my family back in my life and he is not there, knowing that he really is a good man.  Please take into consideration that this man took care of his kids when their mother left them and that this is a man who is truly good inside and never had it easy. I miss him and won't feel complete until he is out of there.

Thank you

Tonya DiMarco