# EXHIBIT C

Dear Judge,

I appreciate that time you have taken out of your day to read this letter. My name is Michelle DiMarco and I am the daughter of Benny DiMarco. I am 20 years old and a college student. When I was a little girl my parents got a divorce. This was the hardest time for all of us. I lived with my father in New York for a few years. He taught me two very valuable things to have respect and to never give up. These two values/morals I carry everywhere. My relationship with my father is very strong. He always knows what to say when I feel lost and lose sight of my goals. My father always tells me to stick to school and that no one can ever take that away from me. I look up to him so much because no matter what he always tells me everything will be okay with a smile on his face. He's been through a lot in his life with the death of his brother at a young age. I remember my father making our garage into a play room for my brothers/sister and I. He made sure we were taken care. The split between my parents wasn't easy. When my mom got custody of us she made it difficult for my father to see us but he managed to never give up on seeing us and always kept in touch. When I think of my father I think of a hero. He is strong and a kind hearted man. Not a day goes by that I don't think about him. He always tells me to follow my heart. If I could take your hand and place it over my heart you would feel it beating. That beat my father helped create. I need my father all of him. Please take into consideration that he has children who need him and love him very much.

Michelle DiMarco