EXHIBIT D

Dylan DiMarco

*April 19, 2013*

*Honorable Robert P. Patterson*
*United States District Judge*
*Southern District of New York*

*Dear Judge Patterson*

*My name is Dylan DiMarco. I am writing to you to ask that you take a few minutes to read this letter about my dad Benny DiMarco. I am 17 years old. I am a high school student in Jupiter Florida. I am really not that good at writing letters so I hope you can understand me. My dad took care of me and my other brothers and sisters. I lived with him up until I was 5. Then my mom took us away from him. He came to Florida to be with us. I remember how hard it was for him to see us. He would cry every time he had to bring us back. It is not fair that a man who did such a good job taking care of us could have his kids just taken away because she is the mom. He should have the title of Mother and Father. I know my dad is not perfect but I know he would never hurt anyone or When I was 12 my mom didn't want me around anymore because she had a new fiancée and I was too much to handle. She threw my older brother Michael out six months earlier put him on a plane to my dad who was living with my Aunt Nancy. So Dad and Aunt Nancy gave me the home I wanted. He was out of work and it was hard for him to get a job but every day he got up took me to school and went out to look for work. It was so hard for him and I would buy the newspaper and he would tell me Dylan you have to keep trying. My dad is a strong man but I have seen him with tears in his eyes because he thinks he let us down. When dad got arrested everyone was in shock. My mother's father was in jail because he was a pedophile who my dad helped put there. My dad found out he molested their next door neighbor's daughter and got involved with it so my pig of a grandfather went to jail and my mom threw dad and us out. She was molested by her father too. I started doing stupid things myself like talking back to teaches and cutting school. He begs me every time I talk to him to try to focus on the good things in life and to stay out of trouble. I had to move back home with my mom and her husband because my Aunt said the school system is better and she didn't want me to get into trouble in NY. The schools are better for me out in Florida and my Aunt couldn't afford private school. My family is broken up again and we just want to put this behind us so we can move on. Please judge take into consideration all the hurt and suffering we all have been through. I just want my dad back.*

*Thank you Judge*

*Dylan DiMarco*