# EXHIBIT E

178 Kimball Ave
Yonkers, NY  10704
March 15, 2013

Dear Honorable Judge Patterson,

    I would like to first thank you for taking the time to read my letter. My name is Eileen Masiello-Brown. I am Benny DiMarco's fiancée.

    I am writing to you not to discuss the court case, but to let you know what kind of man Benny DiMarco is. I met Benny 4years ago at a wake of a mutual friend. Shortly after the wake we became friends.

    We had a lot in common because we shared a heart ship that involved one of our family members. We would find ourselves sitting for hours just talking about our children, the tragedies we experienced in our life. Then we would talk about anything that came to mind. We learned a lot about each other. I grew to respect and love him over time. He is a remarkable man. He is kind, caring, loving and would help anyone in need.

    I have a 73yr old father who doesn't care for a lot of people, but Benny he likes. Benny earned my dad's respect because of what my dad has seen of Benny. Benny spends a lot of time around my family and we are very family orientated. We have gatherings for a lot of things and Benny is always involved. My family is of all different nationalities. The reason Benny gets along with everyone is because he is not prejudice or racial. Benny is a reasonable person who understands that the world is not perfect. He always says don't judge a book by its cover. There are many things Benny and I have learned from one another and that is respect, love and honesty.

    I have been a widow for the past 14th years. I am a 44yr old mother who has been raising a wonder son on my own. He is18yrs old. Benny has been divorced twice. He has 6 children ranging from 16-30 yrs old. He is very close to them. When they were younger he had custody of them, when their mom didn't want them. From, what I understood Benny was and still is a loving father, and ever since I have been with him I can agree about the loving father.

Two years ago I had to relive a horrible tragedy that happen to me in March 1999. My husband was murdered. It was a case of mistaken identity. Benny happen to be in my life when the trial would begin. He knew it was a very hard time for me. He promised me, he would stand by my side and be there for me and my son. He also gave me the support and encouragement, when it was time for me to testify. We didn't know each other that long when he came to my rescue and helped me get through the hardest think I could of ever experience again. That's when I realized this was a man I loved and would never give up on him if he needed me.

From that day on we have never been apart until Aug 2012 when he was incarcerated. By him being apart from me it is ripping me apart. He doesn't deserve to be away from me or his children. We all need him and love him. Its now my turn to stand by him no matter what happens.

I have neighborhoods that love him. He would help them with there houses, decks, shoveling, basically anything they would need. He even came to the school I work at and volunteered. He is well liked anywhere he goes, he has a good personality.

I am just writing to ask of you to please take into consideration that he is not a violent person or a bad person. His children are taken this very bad. They email him and even went to the facility to visit with him.

I know we have laws in this country and we have to follow them. But in life everyone is entitled to a second chance.

I was a Paralegal for the 12years in the Bronx District Attorneys Office. I had to leave my position 14years ago because my life changed. When I met Benny it was the happiest time of my life. I was given a second chance at being happy and loved again.

Please understand Benny has a family that loves him very much. I know you are a fair man and are always looking out for the well being of a person. I even know that you visit the prison to help the inmates. Not many judges or people would do that. That shows you care what happens to people. So please try to send Benny home soon.

Thank you for your time.

Sincerely,

Eileen Masiello-Brown

*Eileen Masiello Brown*