EXHIBIT F

# SSC High Rise Construction, Inc.
## Concrete High Rise Specialists

**36 Ridge Street**
**Pearl River, NY 10965**
**Tel:  (845) 920-1466**
**Fax: (845) 920-1622**



Honorable Robert P. Patterson
United States District Judge
Southern District of New York

April 23, 2013

Dear Honorable Robert P. Patterson

I am writing this letter in regards to Benny DiMarco.  Benny was briefly employed with SSC High Rise Construction a site safety manager before he was incarcerated.  In the few months I got to know Benny he was ambitious and eager to work with us.  When he applied for the position (we do superstructure concrete work) I told him the job requirements and all the safety courses he required.  He said he would be right back and he was.  Benny took every course he had to qualify for this stressful position.  I asked him why a man his age would want to break his back like this.  His words to me where I would clean barns if I had to, I just want to work.  When Benny is released there will be a full time position in this company for him.  He handles the men with respect and has always proven too reliable; he goes above and beyond to get the work done.  I found myself lucky to have him working for us.  If you have any questions please feel free to contact me at the above number.

Sincerely

Timmy Mahoney
President SSC High Rise Construction